AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |||
|---|---|---|
| BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING | | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**

18 U.S.C § 2113 (a) (unarmed bank robbery)

*E-filing*

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ MICHAEL J. MINAHEN

**DISTRICT COURT NUMBER**

CR 07 0355

**PENALTY:**
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Supervised Release of Five Years,
Mandatory Special Assessment of $100

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} SHOW DOCKET NO.

} MAGISTRATE CASE NO.

---

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
BRIGID S. MARTIN, SAUSA

---

**DEFENDANT**

**IS NOT IN CUSTODY**   MMC

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges } ☑ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution
U.S. MARSHAL'S

Has detainer been filed? ☐ Yes ☐ No  If "Yes" give date filed _____

**DATE OF ARREST** ▶ 5/2/2007  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 07 No. 0355 |
| Plaintiff, | VIOLATIONS: 18 U.S.C. § 2113(a) – Unarmed Bank Robbery (Two Counts) |
| v. | |
| MICHAEL J. MINAHEN, | SAN FRANCISCO VENUE |
| Defendant. | |

INFORMATION

The United States Attorney charges:

COUNT ONE:        18 U.S.C. § 2113(a) – Unarmed Bank Robbery

On or about April 17, 2007, in the Northern District of California, the defendant,

MICHAEL J. MINAHEN,

did knowingly, and by force and violence, or by intimidation, take from the persons or presence of employees of the Bank of East Asia, 520 Montgomery Street, San Francisco, California, approximately $830.00 in United States currency belonging to and in the care, custody, control, management and possession of said Bank, the deposits of which were then insured by the Federal

INFORMATION

1  Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

2  COUNT TWO:        18 U.S.C. § 2113(a) – Unarmed Bank Robbery

3  On or about May 1, 2007, in the Northern District of California, the defendant,

4  MICHAEL J. MINAHEN,

5  did knowingly, and by force and violence, or by intimidation, take from the persons or presence
6  of employees of the Guaranty Bank of California, 1355 Stockton Street, San Francisco,
7  California, approximately $2,210.00 in United States currency belonging to and in the care,
8  custody, control, management and possession of said Bank, the deposits of which were then
9  insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States
10 Code, Section 2113(a).

13 DATED: June 1, 2007

SCOTT N. SCHOOLS
United States Attorney

IOANA PETROU
Chief, Major Crimes Section

18 (Approved as to form: _____)
AUSA Brigid Martin

INFORMATION                              2