SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

BRIGID S. MARTIN (CASBN 231705)
Assistant U.S. Attorney

   450 Golden Gate Avenue
   San Francisco, CA, 94102
   Telephone: 415-436-7129
   Fax: 415-436-7234

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                 )<br>       Plaintiff,                   )<br>         v.                           )<br>MICHAEL J. MINAHEN,     )<br>       Defendant.               )<br>_____) | No. CR-07-0355 MMC<br>[Filed June 4, 2007] |
| UNITED STATES OF AMERICA,        )<br>                                                 )<br>       Plaintiff,                   )<br>         v.                           )<br>MICHAEL J. MINAHEN,     )<br>       Defendant.               )<br>_____) | No. CR-02-0184-1 WHA<br>[Filed June 27, 2002]<br><br>NOTICE OF RELATED CASE<br>IN A CRIMINAL ACTION AND<br>[PROPOSED] ORDER<br><br>(San Francisco Venue) |

    The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the Court that the two above-captioned criminal cases are related. The more recent charges filed on June 4, 2007 (see Attached Information) arise from the same criminal conduct alleged as the basis for the supervised release violation in CR-02-0184-01 WHA. Based upon these facts, the cases are

NOTICE OF RELATED CASES
UNITED STATES v. MICHAEL J. MINAHEN

1  related within the meaning of Local Rule 8-1(b)(1) because they involve the same occurrences.
2  Furthermore, the cases are related within the meaning of Local Rule 8-1(b)(2) because if heard
3  by separate judges they likely would involve substantial duplication of labor by the two judges in
4  determining whether the defendant did indeed commit the alleged bank robberies which form the
5  bases for charges in both of the above-captioned cases.
6      Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
7  assignment of these cases to a single judge is likely to conserve judicial resources and promote
8  an efficient determination of each action.

10  Date:   June 5, 2007                           Respectfully Submitted,
                                                   SCOTT N. SCHOOLS

13                                                 /s/ Brigid S. Martin
                                                   BRIGID S. MARTIN
                                                   Special Assistant U.S. Attorney

NOTICE OF RELATED CASES
UNITED STATES v. MICHAEL J. MINAHEN

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MICHAEL J. MINAHEN,  )<br>  )<br>    Defendant.  )<br>_____) | No. CR-07-0355 MMC<br>[Filed June 4, 2007] |
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>MICHAEL J. MINAHEN,  )<br>  )<br>    Defendant.  )<br>_____) | No. CR-02-0184-1 WHA<br>[Filed June 27, 2002]<br><br>[PROPOSED] ORDER<br>RELATING CASE<br><br>(San Francisco Venue) |

    Based upon the Court's determination under Criminal Local Rule 8-1 that the assignment of case CR-07-0355 MMC to Judge William H. Alsup is likely to conserve judicial resources and to promote an efficient determination of the action, IT IS HEREBY ORDERED that case CR-07-0355 MMC is transferred to Judge Alsup.

DATED: _____       _____
                                                      HON. MAXINE M. CHESNEY
                                                      United States District Court Judge

[PROPOSED] ORDER RELATING CASE