AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

FILED
JUN 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

Michael Minahen

WAIVER OF INDICTMENT

CASE NUMBER: 07-355 MMC ~~03-184 WHA~~

I, Michael Minahen, the above named defendant, who is accused of Two counts of unarmed bank robbery, in violation of 18 U.S.C. §2113(a).

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 6, 2007__ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer