UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
JUN 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 19, 2007

Case No.: **CR 07-0355 WHA**
         CR 02-0184 WHA

Title: UNITED STATES -v- MICHAEL MINAHEN (custody)

Appearances:

    For the Government: Brigid Martin

    For the Defendant(s): Geoff Hansen

Interpreter: n/a      Probation Officer: Jennifer James

Deputy Clerk: Dawn Toland      Court Reporter: Connie Kuhl

**PROCEEDINGS**

1) Change of Plea - HELD

2) _____

Case continued to **9/11/07 at 2:00pm** for Sentencing

**ORDERED AFTER HEARING:**

CR07-335:
Defendant entered a guilty plea to counts one and two. Plea agreement filed. Probation referral form given to the defense counsel.

CR02-184:
Defendant admitted to charges two and three of the Form 12 filed on 5/15/07.