**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

UNITED STATES OF AMERICA,

No. CR 07-00355-01 WHA

12

Plaintiff,

**SEALING ORDER PURSUANT TO
GENERAL ORDER 54**

13

v.

14

MICHAEL MINAHEN,

15

Defendant.

16 ————————————————————/

17          The following documents in this action are placed under seal and shall not be opened

18 except by the United States Sentencing Commission for its eyes only and shall not be

19 transmitted or otherwise opened except by order of this court upon application.

20     ☒     Presentence Report

21     ☐     Plea Agreement

22     ☒     Statement of Reasons

23     ☐     _____
            (Other)

24

25 **IT IS SO ORDERED.**

26

27 Dated: September 12, 2007        _____
                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE

28