UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 11, 2007

Case No.: CR 02-0184 WHA
CR 07-0355 WHA

**FILED**

SEP 1 1 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Title: UNITED STATES -v- MICHAEL MINAHEN (custody)

Appearances:
    For the Government: Brigid Martin

    For the Defendant(s): Geoff Hansen

Interpreter: n/a                        Probation Officers: Jennifer Hutchings & Christina Carrubba

Deputy Clerk: Dawn Toland            Court Reporter: Joan Columbini

**PROCEEDINGS**

1) Sentencing - HELD

2) _____

**ORDERED AFTER HEARING:**

CR07-0355 WHA:

JUDGMENT: Defendant is committed to the BOP for 86 months on Counts 1 and 2, to run concurrently. This term shall run consecutive to 12 months (of the 24 months) imposed in CR02-0184WHA. Dft is placed on supervised release for 3 years with the following special conditions: pay special assessment of $200 and a fine of $3,040 immediately or through the BOP Inmate Financial Responsibility Program. See judgment for other conditions.

CR02-0184 WHA:

JUDGMENT: Defendant is committed to the BOP for 24 months. This term consists of 12 months that shall run consecutive and 12 months that shall run concurrently with the term imposed in CR07-355 WHA.

Court recommends placement at Sheridan, Oregon.